Jim O. Whitworth (SBN 222031)
E-mail: jim@lemoncarhlep.com
**LAW OFFICES OF**
**JIM O. WHITWORTH**
8840 Warner Avenue, Suite 301
Fountain Valley, CA 92708
Tel:(714) 841-0585 Fax:(714) 908-1754

Attorneys for Plaintiffs,
**LORETTA HUNG AND FRANCIS HUNG**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA HUNG, an individual, and FRANCIS HUNG, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TOYOTA MOTOR SALES U.S.A., INC., a corporation; VISTA LEXUS, a business entity, form unknown; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No.:    CV09-8040 RGK(Ex)** <br> Complaint filed: November 3, 2009 <br><br> Judge: R. Gary Klausner; Discovery Magistrate Hon. Charles Eick <br><br> **STIPULATION FOR DISMISSAL; [PROPOSED] ORDER THEREON** |

///

///

///

///

///

///

– 1 –

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, that the within action may be dismissed, subject to the Court's authority to enforce the settlement agreement and each party to bear its own attorneys' fees, costs, and expenses of suit.

DATED:      November 16, 2010      **LAW OFFICES OF JIM O. WHITWORTH**

By:      /s/ Jim O. Whitworth
Jim O. Whitworth, Esq.
Attorney for Plaintiffs,
LORETTA HUNG and
FRANCIS HUNG

DATED:      November 16, 2010      **BEATTY & MYERS, LLP**

By:      /s/ John W. Myers IV
Sean Beatty and John W. Myers IV
Attorneys for Defendants,
TOYOTA MOTOR SALES U.S.A., INC. and
VISTA LEXUS

## <u>ORDER</u>

IT IS SO ORDERED

DATED:

The Honorable R. Gary Klausner
United States District Court Judge

– 2 –